# CAUSE NUMBERS:
C-2015-45473, C-2015-22666, C-2015-08974
C-2015-19565

Prophet Ronald Dwayne Whitfield | In The 113th, 295st

V.

Honda, The Owner of The Name,
Big Star Honda, Clear Lake | 333rd and L33rd
Nissan, First Service Credit Union, | _____ District
Central Houston Nissan, Santander | Courts of
Consumer USA, et al., Defendants. | Harris County, Texas

IN THE

First and Fourteenth Court of Appeals of Texas
At Houston

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 1 0 2015

CHRISTOPHER A. PRINE
CLERK

Appellate Docket Numbers CV
01-15-00645-CV; 01-15-00658-; 01-15-00657-CV
01-15-00677-CR
14-15-00660-CR; 14-15-00661-CR; 14-15-00662-CR; 14-15-00659-CR

APPELLANT'S AMENDED/SUPPLEMENTAL NOTICES OF APPEALS AND NOTICES TO THE

APPELLATE COURTS' JUSTICES, TRIAL COURTS JUDGES, DISTRICT CLERK, COUNTY ATTORNY, DEFENSE ATTORNEYS, DEFENDANTS, CONGRESS WOMAN SHEILA JACKSON-LEE, U.S. CONGRESS, ACLU, ECT.; AND SUPPLEMENTAL -- QUESTION TO FIRST SERVICE CREDIT UNION AND HER DEFENSE ATTORNEY(S);!

TO THE HONORABLE JUSTICES AND JUDGES OF SAID COURTS!
TO THE HONORABLE DISTRICT CLERK!

*(left margin, rotated):* Clerk, Please supply Cause # for Central Houston Nissan and also provid Clerk himself a copy of this instrument. of this instrument.

Mr. Daniels, in some of the cases filed herein, because for lack of a file-mark showing date, time and name, it may present, like it has already presented jurisdictional problems for our Court of Criminal Appeals of Texas, a jurisdictional question for the justices of the First Court of Appeals of Texas on whether or not their court itself has jurisdiction on the merits, to render a decision owing to my immediately presenting to you to file a notice of appeal after the trial judge orally announced that he granted either one (1) or both the Defendants' Motions to Compel Arbitration. I recall asking you to indicate either your name or the time on said Notice of Appeal, which you had.

If my notice of appeal were filed before the trial judge signed Defendant's Santander's proposed order and gave same to you to file, then the appeal must be dismissed as "premature." Because it likely is, I will have also caused you to file and "present" to the trial judge a number of motions for rehearing. I would ask, in any event, you implement a policy at once requiring even electronic filings indicate the TIME and NAME of your deputies so receiving and filing ORDERS.

Judge Baker, someone [ not a clerk, but probably working for a justice ] called me on ~~yesterday~~ Friday, asking about whether You appointed me an attorney, ect. and I think also about on whether You disposed of my motion to Proceed without having to pay costs of suing out an appeal in advance [ C costs have "always," said USCA, 5th Cir., "been due" ]. At this time, Knowing that the appeals court lacks Jurisdiction over Your order granting motion to Compel arbitration, I believe You should GRANT my motion/ Deny it & the record will be obtained in the subject-matter MANDAMUS Proceeding.

Also, Judge Baker, Please be on official notice that I am searching for million-dollars law firms [ two or more to SUPERVISE EACH OTHER ] in the case of Whitfield V. Honda, World-wide, for I do not want You to assume I no longer wish to "Prosecute" this action, in light of inactivity.

Judge Baker, I just called C today is Sunday, 9 August 2015J the First Court of Appeals and left a message on the private line of the caller to Contact Me again. When the line answered it did not announced I had reached the Clerk's office of said court, nor did I recognize her voice as one in clerk's office; so I assume she is a support staff member of some justice.

To all defense and the Attorney for the County Attorney's office, the case relied on from 1st CoA dealing with advance costs was decided on State law principles; not on due process rules. If you have a problem with my moving to sue in either the trial courts or in the appellate courts, if you be claiming I have committed perjury, then sue me through our Honorable Harris County District Attorney; she accepts affidavits 24~7. If you are unhappy as to "form" or technicalities in not complying with this Supreme Court of Texas written and adopted appellate rule, 20, your remedy

is not to cause our trial court clerk[s] to file an Affidavit of Contest, ect., but to file a REQUEST, what we call a "Motion" asking the trial judge to "Strike" my Motion to Proceed on Appeal without having to Pay Texas in Advance for suing Defendants in the appeals Court (the lawsuits continues, ending in our U.S. Supreme Court, on a of Petition for a writ (order) sounding in "certiorari"), but not because I be too poor to Pay Texas at time of suing or in "advance" —or because my wallet or bank account shows I have "money" to Pay said costs (and I have assessed the legal definition of the term "money" to not be less than federal reserve NOTES / U.S. currency of $50 million, for anything less than this is what we call "change" or "cash") and therefore such claim of Poverty is "untrue!" but you MUST come requesting the trial judge to entertain

and exercise the "authority" the court gave the judge to "strike" my "Motion for failure to comply with Tex. R. App. Pro., Rule 20, specifying the exact subpart, and asking the judge that the judge render an order that I be required to either <u>cure</u> the defect or else that the judge order the motion <u>denied</u>. But going further to violate Carmel v. Texas, 120 S.Ct. 1620 (2000) ("The legal result <u>must</u> be the same, for what [Texas] cannot do DIRECTLY [she surely] cannot do INDIRECTLY; the Constitution deals with Substances, not Shadows"), by moving that either case/motion be dismissed and denied, respectively, for failing to cross a T or dot an I will get you sued all the way up to the/our US Supreme Court, for you have gone <u>then</u> so far as to UNLAWFULLY deprived and <u>deny</u> me of what the farmers called REAL "God-given rights" or "inaliemable rights" or "fundatmental rights." Once I declare what the LAW

is, then "it is what it is"? You need not question this anymore. See John 16. 7-13 C English Standard Version / New American Standard Bible). TO both Defendant

and ~~Finally~~, attorney(S) for Fist Service Credit Union, in drafting my Original Petition, I only had, at that time, my memory and the Appendixes there attached, but by the time of summary judgment and/or jury trial C if need be), I will have(for spirits of Tex. R. Evid.) audio and video and possiblely statements of Affidavit from our other members, as well as from Smart Financial Credit Union, Chase Bank, ect., Such evidence that, just like I stated in said Petition, and just like at my other Credit Union C supra), you, Defendant, have Judge Baker seated in a chair, asks her for her ID, ect., and have our Learned Judge sign her name on a "Pad" to run a credit check. She never saw she was signing this "Credit loan application" you withheld.

She never was given any copy nor original of this nor the separate contract with all these terms and conditions that she just ~~probably~~ AGREED to upon signing this "Pad" to review her credit status. Since she is a state-court judge, ~~pays~~ timey her debtors and earns enough cash to repay the loan ( she is only an elected judge and therefore has no "money"), the "Underwriter" approved her $32,000 for this "auto" loan. The only thing left to do is provide her with a copy of the contract, which she is not to sign. If she realizes this later, she will read in this binding contract a reference to a loan application and will want but not have it and will call you and ~~you~~ will tell her you will be more (now) than (just) "happy" to provide her a copy...by mail or she may come in her person to you and once she later reads it at home, she might also sue you, BEGGING REAL God that

this case be assigned to her. And if it be, since it ~~is~~ be <u>personal</u> to her, can we <u>blame</u> her for abusing her discretion in ~~WillFF~~ <u>WILLFULLY</u> refusing to recuse herself, denying your motion, leaving a record that, notwithstanding any "state laws" making it <u>mandatory</u> she not hear the case,

She can be impartial or fair?

Again, I will have (future tense) video and audio to prove <u>further</u> the claims regarding your practice, which <u>need</u> no additional PROOF. The ONLY way you can TEST my credit worthiness is to review a credit report about me and <u>before</u> you may legally <u>and</u> lawfully (I make legally, civilly lawfully, criminal) do this is that I first AUTHORIZE you and I do so by signing your Pad — the signature of which is entered on your "Loan Application," which is unlawfully

and illegally sleeping together be-cause the Loan Application is married to the mother of the Binding Contract ( daughter), and under TEXAS law, it is incest for the Loan Application to have sex with his stepdaughter <u>while still married to her mother.</u> To sleep with her lawfully, he first must get <u>legal</u> divorce ( a final decree to be safe, too, bearing clerk's file-mark and clerk's seal).

In order for a court to <u>enforce your contract,</u> the legal burden will now shift to <u>You</u> to <u>disprove</u> the <u>sworn</u> allegations in my original Petition and on video of whomever I select to apply for an auto loan while I record -- record -- wait, that may not be legal nor lawful <u>because</u> I would not be a "Party" to the recording. I will just go in and apply for a new loan. Yes, that is what I will do and record what happens.

Thus, appeals, ect., are hereby amended.

DATED: Sunday, 9 August 2015        /s/ _____

# CERTIFICATE OF SERVICE

This is to certify that I, the undersigned, forwarded copies via email ( or called to receive and assume now had received e-mail addresses to all cansels of record.) to cansels of record this 10th day of August 2015

/S/ Prophet Ronald Dwayne Whitfield

# City of Houton, Texas

CERTIFICATE OF BIRTH

STATE OF TEXAS

| 1. PLACE OF BIRTH a. COUNTY | Harris | 2. RESIDENCE OF MOTHER [Where does mother li | Texas | b. COUNTY | Harris |
|---|---|---|---|---|---|
| b. CITY OR TOWN [If outside city limits, give precinct no.] | Houston | TOWN [If outside city limits, give precinct no.] | Houston | | |
| c. NAME OF HOSPITAL OR INSTITUTION [If not in hospital, give street address] | Jefferson Davis Hospital | ADDRESS [If rural, give location] | 3545 Dreyfus | | |
| d. IS PLACE OF BIRTH INSIDE CITY LIMITS? YES ☒ NO ☐ | | RESIDENCE INSIDE CITY LIMITS? YES ☒ NO ☐ | | f. IS RESIDENCE ON A FARM? YES ☐ NO ☒ | |

**CHILD**

| 3. NAME [Type or Print] | [a] First Ronald | [b] Middle Dwayne | [c] Last Whitfield | 4. DATE OF BIRTH 5-24-66 |
|---|---|---|---|---|
| 5. SEX Male | THIS BIRTH SINGLE ☒ TWIN ☐ TRIPLET ☐ | | 6b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st ☐ 2nd ☐ 3rd ☐ | |

**FATHER**

| 7. NAME | [a] First | [b] Middle | [c] Last | 8. COLOR OR RACE |
|---|---|---|---|---|
| 9. AGE [At time of this birth] YEARS | BIRTHPLACE [State or foreign country] Texas | USUAL OCCUPATION Whitfield | | BUSINESS OR INDUSTRY |

**MOTHER**

| 12. MAIDEN NAME | [a] First | [b] Middle Faye | [c] Last Whitfield | 13. COLOR OR RACE Negro |
|---|---|---|---|---|
| 14. AGE [At time of this birth] 17 YEARS | BIRTHPLACE [State or foreign country] Texas | OCCUPATION | CHILDREN PREVIOUSLY BORN TO THIS MOTHER [Do NOT include this child] How many OTHER children are now living? 0 | b. How many OTHER children were born alive but now dead? 0 | c. How many children were born dead [fetal deaths after 20 weeks pregnancy]? 0 |

| 17. INFORMANT ×Ira Faye Whitfield | | | |
|---|---|---|---|
| 18. I hereby certify that this child was born alive on the date stated above at 3:47 pm | ATTENDANT'S SIGNATURE S.W. Bitterbury | 19b. ATTENDANT AT BIRTH M.D. ☒ D.O. ☐ MIDWIFE ☐ OTHER ☐ | |
| | ATTENDANT'S ADDRESS Houston, Texas Jefferson Davis Hospital | 19d. DATE SIGNED 5-24-66 | |

| 20a. REGISTRAR'S FILE NO. 10191 | DATE REC'D BY LOCAL REGISTRAR MAY 31, 1966 | REGISTRAR'S SIGNATURE | |
|---|---|---|---|

CERTIFIED COPY OF VITAL RECORDS

STATE OF TEXAS ss COUNTY OF HARRIS

DATE ISSUED AUG 3 0 1991

*R. W. Hanks*
R. W. Hanks, Registrar
BUREAU OF VITAL STATISTICS

This is a true and exact reproduction of the document officially registered and placed on file in the BUREAU OF VITAL STATISTICS, HOUSTON HEALTH AND HUMAN SERVICES DEPARTMENT.

1222858

01

This copy not valid unless prepared on engraved border carrying seal and signature of Registrar. LAMINATION MAY VOID CERTIFICATE.

